Date: 03/05/10                                                                                                    Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-11921 - ANDERSON, SEAN MICHAEL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Associates In Women's Health** <br> PO Box 1522 <br> Wichita KS 67201-1522 | 000005 | 117.50 | 3.17 |
| **Roundup Funding LLC** <br> MS 550 <br> PO Box 91121 <br> Seattle WA 98111 9221 | 000010 | 75.38 | 2.03 |
| ---------- Remittance Total --------------- | | 192.88 | 5.20 |

*[Signature]*
STEVEN L. SPETH, Trustee

FILED
AT WICHITA, KS
MAR 11 2010
Clerk
U.S. Court Bankruptcy
By _____ Deputy

COURT1                              Printed: 03/05/10 02:38 PM   Ver: 15.06b

Case 08-11921    Doc# 28    Filed 03/11/10    Page 1 of 1